UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DINA SALKHAM,<br><br>　　　　Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br><br>　　　　Defendant. | Case No. 2:22-cv-01631-NJK<br><br>**Order** |

　　　　Pending before the Court is Plaintiff's application to proceed *in forma pauperis* and complaint. Docket No. 1. In her complaint Plaintiff indicates that the instant case may be related to a prior action in this court. Docket No. 1-1 at 2. A party who has reason to believe that a case is related to another case on file must file a notice of related cases in each action. Local Rule 42-1(a).

　　　　Accordingly, Plaintiff is **ORDERED** to file a notice of related cases no later than October 4, 2022.

　　　　IT IS SO ORDERED.

　　　　Dated: September 27, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge