JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709

HEIDI L. TRIESCH
Washington State Bar No. #30618
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-3748
Facsimile: (206) 615-2531
E-Mail: Heidi.Triesch@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DINA SALKHAM,<br><br>        Plaintiff,<br><br>  vs.<br><br>KILILO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No. 2:22-cv-01631-NJK<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE CERTIFIED ADMINISTRATIVE RECORD AND ANSWER**<br><br>**FIRST REQUEST** |

      Defendant, Kilolo Kijakazi, Acting Commissioner of Social Security (the "Commissioner"), by and through her undersigned attorneys, hereby moves for a 30-day extension of time to file the Certified Administrative Record (CAR) and answer to Plaintiff's Complaint. The CAR and answer to Plaintiff's Complaint are currently due to be filed by December 16, 2022. This is the Commissioner's first request for an extension of time.

      Defendant submits that good cause exists for this extension request. Defendant needs additional

time to discuss this case with the client to determine whether briefing is required in this case. Defendant would typically need less time, but with the impending federal holidays asks for 30 days in order to avoid an additional request.

On December 8, 2022, the undersigned conferred with Plaintiff's attorney via e-mail and Mr. Kalagian responded the following day that he did not oppose the requested extension.

It is therefore respectfully requested that Defendant be granted an extension of time to file the CAR and answer to Plaintiff's Complaint, through and including January 17, 2023.

Dated:  December 9, 2022

JASON M. FRIERSON
United States Attorney

/s/ *Heidi L. Triesch*
HEIDI L. TRIESCH
Special Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  December 12, 2022