# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Dina S., | Case No. 2:22-cv-01631-NJK |
| Plaintiff(s), | **ORDER** |
| v. | |
| Frank Bisignano, | |
| Defendant(s). | |

Frank Bisignano is now Commissioner of Social Security. A "[public] officer's successor is automatically substituted as a party." Fed. R. Civ. P. 25(d). Accordingly, the Clerk's Office is **INSTRUCTED** to substitute Frank Bisignano in place of Kilolo Kijakazi.

IT IS SO ORDERED.

Dated: February 6, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1